**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
FABRICIO ALI ORTIZ-VELASQUEZ,    )    No. CV 09-7467-TJH(CW)
                                 )
            Petitioner,          )
                                 )    JUDGMENT
       v.                        )
                                 )
DEP'T OF HOMELAND SECURITY, et al.,)
                                 )
            Respondent,          )
_____)
```

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice.

DATE: <u>January 4, 2010</u>

                                             TERRY J. HATTER, JR.
                                             United States District Judge